**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATEO AUSTREBERTO SALAZAR-FUENTES, a.k.a. Mateo Austreberto Salazar, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 07-73010 <br><br> Agency No. A075-169-404 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 26, 2012[**]

Before:     SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Mateo Austreberto Salazar-Fuentes, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's removal order.  We have jurisdiction under

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252.  We grant the petition for review and remand for further proceedings.

In concluding that Salazar-Fuentes's conviction under California Vehicle Code § 10851(a) was an aggravated felony theft offense, the BIA did not have the benefit of our decisions in *United States v. Vidal*, 504 F.3d 1072 (9th Cir. 2007) (en banc), and *Penuliar v. Mukasey*, 528 F.3d 603 (9th Cir. 2008).  We therefore remand to the BIA to reevaluate Salazar-Fuentes's removability in light of these intervening decisions.

**PETITION FOR REVIEW GRANTED; REMANDED.**